UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

LINTON WHITE

Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE,
INC. and ROCKSTAR GAMES, INC.

Defendants.

------------------------------------------------------X

Case No. 08 Civ. 6473 (VM)

**AFFIDAVIT OF SERVICE**

**ECF CASE**

STATE OF NEW YORK
COUNTY OF NEW YORK  ss.:

Andrew Krents, being duly sworn deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2. On July 21, 2008, at approximately 2:00 PM, I served the Summons and Complaint in this action on Take-Two Interactive Software, Inc. a defendant herein, by delivering a true copy to its agent authorized to accept service on its behalf, Dan Emerson, VP/Associate General Counsel of defendant, at 622 Broadway, 4th Floor, New York, NY 10012.

3. The person upon whom service was made is described as follows:  white male, 36 to 50 years of age, 5'4" to 5'8" tall, 140-170 pounds in weight, and curly black hair.

Andrew Krents

Sworn to before me on
July 23 2008

ANTHONY MOTTA
Notary Public, State of New York
No. 02MO5071899
Qualified in Westchester County
Commission Expires March 25, 20 10