# Davis & Gilbert LLP
### 1740 Broadway
### New York, New York 10019
### (212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4853
EMAIL ADDRESS
GCOHEN@DGLAW.COM

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-6959

August 6, 2008

**BY HAND**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08
```

      Re:    *Linton White v. Take-Two Interactive Software, Inc.*, Case No. 08 CIV 6473

Dear Judge Marrero:

    This firm represents defendants Take-Two Interactive Software, Inc. and Rockstar Games, Inc. in the above-referenced action. We request an extension of time to answer or otherwise respond to the complaint from August 11, 2008 to September 3, 2008. We request this additional time to provide defendants with an opportunity to fully investigate the allegations set forth in the complaint. This is defendants' first request for an extension of time, and counsel for plaintiff Linton White has consented to the requested extension.

                                Respectfully submitted,

                                  Guy R. Cohen

GRC:SC

cc:    Anthony Motta, Esq.

```
Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to 9-3-08.
SO ORDERED.

8-7-08
DATE        VICTOR MARRERO, U.S.D.J.
```